MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
Joseph Duffy, Bar No. 241854
joseph.duffy@morganlewis.com
Lisa Veasman, Bar No. 259050
lisa.veasman@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendants
TOYOTA MOTOR CORPORATION and
TOYOTA MOTOR SALES, U.S.A., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMY MCCARTHY, KATHLEEN RYAN-BLAUFUSS, CATHLEEN MILLS, JASON REID, and KHEK KUAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., and DOE DEFENDANTS 1-10,<br><br>Defendants. | Case No. 8:18-CV-00201-JLS-KES<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED MASTER COMPLAINT**<br><br>Judge:  Hon. Josephine L. Staton<br>Ctrm:   10A, 10th Floor<br><br>Date:   March 22, 2019<br>Time:  10:30 a.m.<br><br>Complaint filed: February 5, 2018<br>1st Am. Comp. filed: May 16, 2018<br>Consl. Master Comp. filed: November 20, 2018 |
| JEVDET REXHEPI, STEPHEN KOSAREFF and LAURA KAKISH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES USA, INC., and DOES 1-10, inclusive,<br><br>Defendants. | |

DB2/ 35725103

CASE NO. 8:18-CV-00201-JLS-KES
NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED MASTER COMPLAINT

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

# NOTICE OF MOTION AND MOTION TO DISMISS

**TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT** on March 22, 2019 at 10:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 10A of the Central District of California, located at 411 W. Fourth Street, Santa Ana, California 92701, the Honorable Josephine L. Staton presiding, Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. (collectively, "Toyota") will and hereby do move the Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) for an order dismissing the Consolidated Master Complaint ("Complaint") filed by Plaintiffs' Remy McCarthy, Kathleen Ryan-Blaufuss, Cathleen Mills, Jason Reid, Khek Kuan, Jevdet Rexhepi, Stephen Kosareff and Laura Kakish (collectively, "Plaintiffs").

Toyota moves to dismiss the entirety of Plaintiffs' Complaint for the following reasons:

*First,* Plaintiffs' fraud-based claims, which are all subject to the heightened pleading standard under Rule 9(b), fail because Plaintiffs do not identify any actionable misrepresentation made by Toyota about their Prius vehicles and on which they relied at the time of purchase/sale. Nor do Plaintiffs plead facts establishing that Toyota had pre-sale knowledge of the defect at issue involving the 2010-2014 Prius vehicles, as required to create an exception to the general rule that there is no duty to disclose under applicable common law. Plaintiffs have not alleged sufficiently that they relied on any misrepresentation, that Toyota intended to deceive them, or that any purported omission caused them harm.

*Second,* Plaintiffs fail to plead a breach of express warranty claim. Plaintiffs have not provided any allegations identifying reliance on an express warranty at the time they purchased or leased their vehicles.

///

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 35725103

2

CASE NO. 8:18-CV-00201-JLS-KES
NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED MASTER COMPLAINT

*Third,* Plaintiffs fail to state an implied warranty of merchantability claim because they do not allege facts to support a finding that their vehicles are not fit for their ordinary purpose after receiving the new recall remedy.  Plaintiffs fail to plead any facts that would establish that the current recall remedy is inadequate, and as a result, their claim for breach of implied warranty of merchantability fails. Moreover, failure to plead an underlying breach of warranty claim requires dismissal of Plaintiffs' claim under the Magnuson-Moss Warranty Act ("MMWA") and the California Song-Beverly Warranty Act.

*Fourth,* Plaintiffs' MMWA claims fails for the independent reason that Plaintiffs do not allege that they invoked any internal dispute resolution process, and their allegations about the new recall contradict their allegations of futility.

*Fifth,* Plaintiffs' trespass to chattels claim fails because their allegations that they permitted the software update to be installed in their vehicles eliminates any ability to allege the requisite elements of unauthorized access or resulting damages.

*Sixth*, Plaintiffs' claim under California's Unfair Competition Law fails because Plaintiffs have not alleged an "unfair" business practice or a predicate violation to support a claim under the "unlawful" and "unfair" prongs.

*Seventh*, Plaintiffs' claim for unjust enrichment fails because California does not recognize unjust enrichment as a separate cause of action.

*Lastly,* Plaintiffs lack standing to pursue injunctive relief because they have not alleged facts demonstrating a significant likelihood of injury that is concrete and not hypothetical in the face of the new recall remedy.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 4, 2019.  This motion is based on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities and attached exhibits, and all other matters that may be judicially

///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 35725103

3

CASE NO. 8:18-CV-00201-JLS-KES
NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED MASTER COMPLAINT

1 noticed, as well as the files and records in this case, and any oral or documentary
2 evidence that may be adduced at the hearing on this matter.
3
4
5 Dated: January 11, 2019    MORGAN, LEWIS & BOCKIUS LLP
                             David L. Schrader
                             Joseph Duffy
6                            Lisa Veasman
7
8                            By /s/ David L. Schrader
                                David L. Schrader
9                               Attorneys for Defendants
                                TOYOTA MOTOR
10                              CORPORATION and TOYOTA
                                MOTOR SALES, U.S.A., INC.
11

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
DB2/ 35725103

4

CASE NO. 8:18-CV-00201-JLS-KES
NOTICE OF MOTION AND MOTION TO
DISMISS CONSOLIDATED MASTER
COMPLAINT