# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMY MCCARTHY, KATHLEEN RYAN-BLAUFUSS, CATHLEEN MILLS, JASON REID, and KHEK KUAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., and DOE DEFENDANTS 1-10,<br><br>Defendants. | 8:18-cv-00201-JLS-KES<br><br>**ORDER GRANTING IN PART AND DENYING IN PART UNOPPOSED MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL AND LIAISON COUNSEL (Doc. 61)** |
| JEVDET REXHEPI, LAURA KAKISH, and STEPHEN KOSAREFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES USA, INC., and DOES 1-10, inclusive,<br><br>Defendants. | |

The Court, having considered Plaintiffs' Unopposed Motion to Appoint Interim Lead Class Counsel and Liaison Counsel (Doc. 61), and for good cause shown, ORDERS as follows:

### A. Appointment of Interim Lead Class Counsel

Pursuant to Federal Rule of Civil Procedure 23(g), the following individuals shall serve as interim co-lead class counsel ("Co-Lead Counsel"):

- Louis R. Miller and Amnon Z. Siegel of Miller Barondess, LLP, 1999 Avenue of the Stars, Suite 1000 Los Angeles, California 90067; 310-552-4400; and

- Jeffrey L. Fazio and Dina E. Micheletti of Fazio | Micheletti LLP, 1111 Broadway, Suite 400, Oakland, California, 94607; 925-543-2555.

### B. Responsibilities of Co-Lead Counsel

Co-Lead Counsel shall generally be responsible for coordinating the activities of Plaintiffs during pretrial proceedings, including the following:

1) delegating to specific law firms all work to be performed by Plaintiffs' counsel, and ensuring that all such tasks are delegated fairly and appropriately based on the particular skills of a given firm and the availability of personnel over the anticipated course of the assigned tasks;

2) maintaining billing and expense records that shall be reported by all Plaintiffs' counsel on a quarterly basis for the purpose of ensuring that work is performed and

-1-

expenditures are made in a timely, efficient and reasonable manner;

3) monitoring the activities of all counsel performing work on behalf of Plaintiffs to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

4) determining (after consultations with other cocounsel as may be appropriate) and presenting (in briefs, oral argument, or any other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of Plaintiffs on all matters, substantive and procedural, arising during pretrial proceedings;

5) initiating, organizing, and coordinating discovery on behalf of Plaintiffs consistent with the requirements of Federal Rule of Civil Procedure 26;

6) convening meetings of counsel;

7) delegating specific tasks to other counsel in a manner to ensure that the prosecution of Plaintiffs' claims and pretrial preparation for Plaintiffs is conducted efficiently and effectively;

8) maintaining relationships and communications with, and delegating tasks to, consultants and expert witnesses retained by Plaintiffs;

9) entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

10) preparing and distributing periodic status reports to the parties;

11) performing any other duties that may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court;

12) conducting settlement negotiations on behalf of Plaintiffs, but not enter into binding agreements except to the extent expressly authorized; and

13) communicating with the Court on behalf of Plaintiffs (except under the circumstances described in paragraph I.B.4., below).

### C. Appointment of Interim Plaintiffs' Liaison Counsel

Appointment of liaison counsel is necessary and appropriate where lead counsel is based outside the Court's jurisdiction and requires the administrative and logistical aid of lawyers with experience litigating in the locality of the presiding court. *See Walker v. Discover Fin. Servs.*, No. 10-CV-6994, 2011 WL 2160889, at *5 (N.D. Ill.

May 26, 2011) (citing Manual for Complex Litigation (Fourth) § 10.221). Here, however, the Co-Lead Counsel attorneys at Miller Barondess, LLP are based in the Central District of California and have extensive experience litigating in this venue. (*See* Miller Decl., Doc. 61-2; Exs. B & C to Miller, Decl.) Plaintiffs have not established why Court-appointment of liaison counsel to provide additional local administrative resources is required at this juncture.

Accordingly, the Motion is DENIED without prejudice as to appointment of interim liaison counsel.

### D. Privileged Communications.

Cooperation among counsel and the parties is essential for the orderly and expeditious resolution of the litigation. The communication of information among and between Plaintiffs' counsel and among and between Defendants' counsel shall not be deemed a waiver of the attorney-client privilege and/or the work-product doctrine, if the privilege or doctrine is otherwise applicable, and all such persons shall maintain the confidentiality of such communications. Cooperative efforts contemplated above shall in no way be used against any plaintiff by any defendant or against any defendant by any plaintiff. Nothing contained in this provision shall be construed to limit the rights of any party or counsel to assert the attorney-client privilege or attorney work product doctrine.

### E. Billing Records.

All Plaintiffs' counsel shall prepare and maintain contemporaneous records of their time and expenses pertaining to this litigation ("billing records") in a manner that is sufficient to make and

1 support an application for an award of attorneys' fees and litigation
2 expenses on a lodestar basis. All Plaintiffs' counsel shall submit their
3 billing records to Co-Lead Counsel each quarter beginning no later than
4 thirty (30) days from the date of this Order.

6 **IT IS SO ORDERED.**

9 DATED: August 01, 2019

Hon. Josephine L. Staton
United States District Judge

-5-