Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
Dina E. Micheletti (184141) (dem@fazmiclaw.com)
**FAZIO | MICHELETTI LLP**
1111 Broadway, Suite 400
Oakland, CA 94607
T: 925-543-2555
F: 925-369-0344

Louis R. (Skip) Miller (54141) (smiller@millerbarondess.com)
Amnon Z. Siegel (234981) (asiegel@millerbarondess.com)
Casey B. Sypek (291214) (csypek@millerbarondess.com)
**MILLER BARONDESS, LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
T: (310) 552-4400
F: (310) 552-8400

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMY McCARTHY, et al., | No. 8:18-cv-00201-JLS-KES |
| Plaintiffs, | |
| v. | NOTICE OF MOTION FOR ORDER ESTABLISHING DOCUMENT-PRODUCTION SCHEDULE |
| TOYOTA MOTOR CORPORATION, et al., | DATE:<br>TIME:<br>PLACE: Telephonic |
| Defendants. | Hon. Karen E. Scott |



| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that at 9:30 a.m. on November , 2019, or |
| 2 | as soon thereafter as the matter may be heard by the Honorable Karen |
| 3 | E. Scott by way of a telephonic hearing, Plaintiffs in the above-titled |
| 4 | action will and hereby do move the Court for an order establishing a |
| 5 | schedule for the production of documents Plaintiffs have requested via |
| 6 | formal discovery propounded on Defendants Toyota Motor Corporation |
| 7 | and Toyota Motor Sales, U.S.A., Inc. |
| 8 | This motion is based on this Notice of Motion, the accompanying |
| 9 | letter brief, any of the evidence on file with the Court and/or may be |
| 10 | presented in support of the motion during the hearing, and on such other |
| 11 | written and oral argument presented to the Court. |
| 12 | DATED:  November 14, 2019   Respectfully Submitted, |
| 13 | |
| 14 | by   /s/ Jeffrey L. Fazio<br>Jeffrey L. Fazio |
| 15 | Jeffrey L. Fazio (146043)<br>Dina E. Micheletti (184141) |
| 16 | **FAZIO | MICHELETTI LLP**<br>2410 Camino Ramon, Suite 315 |
| 17 | San Ramon, CA  94583<br>T:   925-543-2555 |
| 18 | F:   925-369-0344 |
| 19 | by    /s/ Amnon Z. Siegel<br>Amnon Z. Siegel |
| 20 | |
| 21 | Louis R. (Skip) Miller (54141)<br>Amnon Z. Siegel (234981) |
| 22 | Casey B. Sypek (291214)<br>**MILLER BARONDESS, LLP** |
| 23 | 1999 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067 |
| 24 | T: (310) 552-4400<br>F: (310) 552-8400 |
| 25 | *Interim Co-Lead Class Counsel* |
| 26 | |
| 27 | |
| 28 | |



-1-

**NOTICE OF MOTION FOR ORDER ESTABLISHING DOCUMENT-PRODUCTION SCHEDULE**