# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| REMY MCCARTHY, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 8:18−cv−00201−JLS−KES <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    11/14/2019

Document Number(s):    85

Title of Document(s):    NOTICE of Motion for Order Establishing Document−Production Schedule

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Discovery Motions

Hearing information is missing, incorrect, or not timely.

Proposed Document was not submitted as separate attachment.

Other:

Per Judge Scotts Procedures & Schedules re telephonic discovery conferences: Upon receiving a confirmed date/time from the Court, the moving party shall e−file a "Notice of Discovery Motion and Telephonic Conference" using the CM/ECF "Discovery Motions" event.

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: November 18, 2019                    By:   /s/ Shea Bourgeois  shea_bourgeois@cacd.uscourts.gov
                                                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**