MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
Joseph Duffy, Bar No. 241854
joseph.duffy@morganlewis.com
Lisa Veasman, Bar No. 259050
lisa.veasman@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendants
TOYOTA MOTOR CORPORATION and
TOYOTA MOTOR SALES, U.S.A., INC.

[Counsel for Plaintiffs identified below]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMY MCCARTHY, KATHLEEN RYAN-BLAUFUSS, CATHLEEN MILLS, JASON REID, and KHEK KUAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., and DOE DEFENDANTS 1-10,<br><br>Defendants.<br><br>JEVDET REXHEPI, STEPHEN KOSAREFF and LAURA KAKISH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES USA, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:18-CV-00201-JLS-KES<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE JANUARY 8, 2020 INFORMAL TELEPHONIC STATUS CONFERENCE REGARDING DOCUMENT PRODUCTION STATUS**<br><br>Magistrate Judge Karen Scott<br>Ctrm:      10A, 10th Floor<br><br>Amended Consolidated Master Complaint filed:   July 23, 2019 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 38075312

JOINT STATUS REPORT RE: INFORMAL
DISCOVERY STATUS CONFERENCE

Toyota Motor Corporation ("TMC"), Toyota Motor Sales, U.S.A., Inc. ("TMS") (collectively "Toyota" or "Defendants") and Plaintiffs in the above-captioned action submit this joint report to the Court regarding the status of the parties' document production efforts. While the parties' acknowledge that the Court permitted them to submit separate reports and replies to those reports, the parties agreed that a joint submission would be more efficient. Should the Court wish to continue the telephone conference currently set for January 8, 2020 at 11:30 a.m., the parties respectfully request that the Court calendar another conference for the week of February 10-14, 2020, at a date and time that is convenient for Your Honor.

## I.  STATUS OF TMS'S DOCUMENT PRODUCTION

In its November 18, 2019 status report to the Court, TMS advised that it would substantially complete its production of data from 15 key custodians identified by TMS and based on the search terms TMS has currently agreed to use by Friday, December 13, 2019. TMS completed that production on Sunday, December 15, 2019.

On November 19, 2019, Plaintiffs requested that TMS add an additional custodian, Abbas Saadat, and on December 27, TMS completed production of Mr. Saadat's documents based on the search terms TMS has currently agreed to use.

On January 3, 2020, TMS produced PQSS (Field Report) data and advised Plaintiffs that a small set of additional Field Technical Reports ("FTRs") (additional data from PQSS) would be produced the following week.

During a meet and confer call with counsel for Plaintiffs on January 6, 2020, TMS advised Plaintiffs that TMS is currently coding CR (Customer Relations) data and that TMS anticipates producing responsive documents over the next 2 weeks.

Aside from this data, there are no other TMS datasets currently in review or anticipated for review at this time. TMS advised Plaintiffs of these facts during a meet and confer telephone conference on January 6, 2020.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT STATUS REPORT RE: INFORMAL
DISCOVERY STATUS CONFERENCE

DB2/ 38075312

TMS is currently preparing its privilege log for the custodian data and anticipates producing such log by January 15, 2020. TMS also anticipates preparing and producing a privilege log for CR data within 30 days of the production of that data.

## II. STATUS OF TMC'S DOCUMENT PRODUCTION

In its November 18, 2019 status report to the Court, TMC advised that it would substantially complete its document production by December 20, 2019, which was based on the Japanese translation of the search terms TMC and TMS agreed to use.

On December 23, 2019, TMC advised Plaintiffs that it would make its first production of documents by Friday, January 3, 2020, and TMC produced 1,146 documents from four custodians on that date.

During a meet and confer call with counsel for Plaintiffs on January 6, 2020, counsel for TMC advised Plaintiffs that an additional production of documents from those four custodians would follow this week, including additional documents from one of those custodians for whom Defendants collected his data from when he was in United States.

On January 6, 2020, TMC further advised Plaintiffs that TMC was reviewing data collected from 5 TMC departments and one additional TMC custodian, and that TMC anticipates it will produce that additional data within approximately the next 14 days.

## III. PLAINTIFFS' REVIEW OF DEFENDANTS' DOCUMENT PRODUCTION

Since the November 19 hearing of Plaintiffs' informal discovery motion, Plaintiffs have received additional document productions from Defendants, along with information pertaining to the custodians of those documents and the search terms Defendants used to search for them, including Japanese-language documents

(which, as Plaintiffs' counsel discussed during the November 19 hearing, were selected without Plaintiffs' input).

Because the vast majority of Defendants' documents were produced during the holiday season (between November 25 and January 3), and because the TMC production is not yet complete and consists largely of documents in Japanese (thus requiring translation), Plaintiffs' counsel have not yet had sufficient time to complete their initial review of Defendants' productions to determine, among other things, completeness, responsiveness, and/or the efficacy of the search-terms used to generate those productions. The parties continue to meet and confer about those, and other, issues.

In light of these constraints, Plaintiffs are not in a position to comment substantively on the sufficiency of Defendants' productions, except to note that Defendants' description of the dates on which the documents were produced are accurate, and the status and proposed timing of further production efforts appear to be consistent with Defendants' prior representations to Plaintiffs.

## IV.     STATUS OF PLAINTIFFS' DOCUMENT PRODUCTION

On November 26, 2019, Plaintiffs Ryan-Blaufuss, Kuan, Mills, and Kosareff produced documents in response to Defendants' requests.  On December 9, 2019, Plaintiff Kakish produced documents in response to Defendants' requests. Defendants are reviewing those productions, and Plaintiffs' responses to the document requests, and will meet and confer with Plaintiffs regarding any deficiencies.

## V.     OTHER ISSUES

On December 20, Judge Staton granted the parties request for an order continuing the class-certification briefing schedule (and all related dates) for an additional 120 days (Dkt. No. 94).

The parties continue to work on finalizing their ESI protocol, however, the absence of a final ESI protocol has not affected document production.

      Finally, Plaintiffs will be filing a motion to compel the production of documents pertaining to the Prius C hybrid. In short, although Plaintiffs defined "Class Vehicles" in this case to include "all 2010 through 2014 model-year Prius hybrid vehicles," Defendants have taken the position that the Prius C is not among the Prius hybrids that comprise Class Vehicles, and has declined to produce documents as a result. Plaintiffs therefore will be seeking an order compelling the production of documents pertaining to the Prius C.

Dated: January 7, 2020

MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader
Joseph Duffy
Lisa Weddle

By   /s/ Lisa Weddle
    Lisa Weddle
    Attorneys for Defendants
 TOYOTA MOTOR CORPORATION, and
 TOYOTA MOTOR SALES USA, INC.

Dated: January 7, 2020

FAZIO | MICHELETTI LLP
Jeffrey L. Fazio (146043)
Dina E. Micheletti (184141)

By   /s/ Dina E. Micheletti
    Dina E. Micheletti

1111 Broadway, Suite 400
Oakland, CA 94607
T: 925-543-2555
F: 925-369-0344

Dated: January 7, 2020

MILLER BARONDESS, LLP
Louis R. Miller
smiller@millerbarondess.com
Brian A. Procel
bprocel@millerbarondess.com
Amnon Z. Siegel
asiegel@millerbarondess.com
Casey B. Sypek
csypek@millerbarondess.com

By   /s/ Casey B. Sypek
    Casey B. Sypek

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 38075312

5

JOINT STATUS REPORT RE: INFORMAL
DISCOVERY STATUS CONFERENCE

1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
T: 310-552-4400
F: 310-552-8400

*Interim Co-Lead Class Counsel*

**L.R. 5-4.3.4(a)(2)(i) Certification:**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

/s/ Lisa R. Weddle

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 38075312

6

JOINT STATUS REPORT RE: INFORMAL
DISCOVERY STATUS CONFERENCE