MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
Joseph Duffy, Bar No. 241854
joseph.duffy@morganlewis.com
Lisa Weddle, Bar No. 259050
lisa.weddle@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendants
TOYOTA MOTOR CORPORATION and
TOYOTA MOTOR SALES, U.S.A., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN RYAN-BLAUFUSS, CATHLEEN MILLS, and KHEK KUAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., and DOE DEFENDANTS 1-10,<br><br>Defendants. | Case No. 8:18-cv-00201-JLS-KES<br><br>**DEFENDANT TOYOTA MOTOR SALES U.S.A., INC.'S DECLARATION OF THOMAS TRISDALE IN SUPPORT OF PLAINTIFFS' APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATING TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Assigned to the Hon. Josephine L. Staton and Hon. Karen E. Scott (Magistrate)<br><br>Amended Consolidated Master Complaint Filed: July 23, 2019<br><br>Trial Date: None Set |
| STEPHEN KOSAREFF and LAURA KAKISH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES U.S.A., INC., and DOES 1-10, inclusive,<br><br>Defendants. | |

## DECLARATION OF THOMAS TRISDALE

I, Thomas Trisdale, declare as follows:

1. I am over 18 years of age and am competent to testify to the matters set forth herein. I have personal knowledge of the matters set forth herein, based on my experience and review of documents produced in this case, and, if called upon, could testify competently and truthfully to the matters set forth herein.

2. I have been employed by Toyota Motor Sales, U.S.A., Inc. ("TMS"), and/or Toyota Motor North America ("TMNA") (hereinafter "Toyota") in various capacities since September of 1993. My current job title is Vice President of TMNA's Quality Promotion, Assurance, and Audit organization (QPAA). As V.P. of TMNA's QPAA organization, my responsibilities include leading teams responsible for product quality policy and practices, systems and data for quality assurance and investigation, product technical evaluation and materials quality. My teams also evaluate and promote Customer Satisfaction issue improvement strategies and administer Toyota/Lexus vehicle and component warranty policies and processes. I also have experience leading teams responsible for the investigation of and resolution of product issues related to post-production safety, quality, and customer satisfaction. Based on my experience at Toyota dealing with vehicle quality / quality compliance issues and my knowledge of the company's policies, procedures, and approved practices, I am familiar with Toyota's evaluation and handling of vehicle safety issues, including safety recalls, and communications regarding such issues.

3. As part of my job responsibilities as a Vice President in the Quality division, I am familiar with Toyota's confidentiality policies and procedures. Toyota requires its employees to handle confidential information with care and limits access to the confidential information on a need to know basis. Toyota requires its employees to maintain the confidentiality of proprietary and sensitive business information; such information is not permitted to be disclosed unless

otherwise authorized. Through my positions with Toyota, I am also familiar with the types of documents and information that Toyota generates in the ordinary course of its business, and why Toyota considers such documents and information to be confidential.

4. I understand that this Declaration will be provided to the Court in connection with Plaintiffs' Application to File Under Seal Documents Relating to Plaintiffs' Motion for Class Certification ("Plaintiffs' Application to Seal.")

5. I am advised that the following 23 documents are at issue in Plaintiffs' Application to Seal:

<u>Countermeasures and Root Cause Analysis</u>

1. TOY-PRIUS-INVERTER-000010115
2. TOY-PRIUS-INVERTER-000013572
3. TOY-PRIUS-INVERTER-000013670
4. TOY-PRIUS-INVERTER-000022824
5. TOY-PRIUS-INVERTER-000022873
6. TOY-PRIUS-INVERTER-000022905
7. TOY-PRIUS-INVERTER-000024759
8. TOY-PRIUS-INVERTER-000024765
9. TOY-PRIUS-INVERTER-000033863
10. TOY-PRIUS-INVERTER-000035140
11. TOY-PRIUS-INVERTER-000048508
12. TOY-PRIUS-INVERTER-000109011
13. TOY-PRIUS-INVERTER-000109981
14. TOY-PRIUS-INVERTER-000133101

<u>Market Impact Summary</u>

15. TOY-PRIUS-INVERTER-000048531
16. TOY-PRIUS-INVERTER-000089595
17. TOY-PRIUS-INVERTER-000095662

Field Reports

18. TOY-PRIUS-INVERTER-000026635
19. TOY-PRIUS-INVERTER-000026651
20. TOY-PRIUS-INVERTER-000080558
21. TOY-PRIUS-INVERTER-000091243
22. TOY-PRIUS-INVERTER-000098990
23. TOY-PRIUS-INVERTER-000099399

6. I am advised that in addition to these documents, warranty data and certain discovery responses served by TMC and TMS are also at issue in Plaintiffs' Application to Seal.

7. I have reviewed each of these documents and am familiar with their content. Each of the above documents contain confidential and/or business proprietary information, which has not been disclosed to the public or unauthorized third parties.

## Countermeasures and Root Cause Analysis

8. The documents that are Bates-numbered TOY-PRIUS-INVERTER-000010115, TOY-PRIUS-INVERTER-000013572, TOY-PRIUS-INVERTER-000013670, TOY-PRIUS-INVERTER-000022824, TOY-PRIUS-INVERTER-000022873, TOY-PRIUS-INVERTER-000022905, TOY-PRIUS-INVERTER-000024759, TOY-PRIUS-INVERTER-000024765, TOY-PRIUS-INVERTER-000033863, TOY-PRIUS-INVERTER-000035140, TOY-PRIUS-INVERTER-000048508, TOY-PRIUS-INVERTER-000109011, and TOY-PRIUS-INVERTER-000109981 and TOY-PRIUS-INVERTER-000133101 are confidential materials and communications prepared by Toyota to explain, analyze and detail the countermeasures and root cause analysis underlying Toyota recalls, and explaining the differences between it and prior recalls involving other vehicles in connection with discussions with the National Highway Traffic Safety Administration ("NHTSA").

9. The document that is Bates-numbered TOY-PRIUS-INVERTER-000022824 is a confidential presentation to NHTSA regarding the technical operation of the Intelligent Power Module (HV inverter) used in Toyota Highlander vehicles. The document is labeled as "Confidential Business Information" and was granted Confidential treatment by NHTSA pursuant to a request by Toyota. This presentation contains detailed drawings and schematics of the hybrid inverter assembly, the power module, its sub-assembly controller boards and related transistors, and information describing and revealing their functional requirements and system diagnostics, to assist NHTSA in understanding the functionality, operating conditions and fail safe modes of the highly sophisticated inverter systems used in Toyota Highlander vehicles in response to questions from NHTSA regarding the operation and functionality of these systems.

10. The document that is Bates-numbered TOY-PRIUS-INVERTER-000022905 is a confidential technical summary and description of the functional operation of the Hybrid OBD System in Toyota Highlander and Lexus RX vehicles, including a description of potential vehicle concerns mapped to Diagnostic Trouble Codes ("DTCs") recorded by the vehicle. The document is labeled as "Confidential Business Information" and was granted Confidential treatment by NHTSA pursuant to a request by Toyota.

11. The document that is Bates-numbered TOY-PRIUS-INVERTER-000024759 are detailed draft notes to explain the functional requirements of the inverter systems in Toyota Highlander/Lexus RX and the Prius, and the technical differences between such systems for purposes of evaluating the need for potential vehicle countermeasures. The document contains a technical discussion of the operation of the IGBT and inverter and their respective components, the alleged failure modes for each, as well as Toyota's preliminary conclusions and recitation of ongoing and future root cause analysis.

12. The document that is Bates-numbered TOY-PRIUS-INVERTER-000024765 is a confidential presentation to NHTSA regarding the technical differences between the inverter/converter systems in Toyota Highlander and Prius vehicles. The document is labeled as "Confidential Business Information" and was granted Confidential treatment by NHTSA pursuant to a request by Toyota. This presentation contains detailed drawings and schematics of the hybrid inverter assembly, transistor boards, thermal sensing of the IGBT, and IPM controller boards to assist NHTSA in understanding the functionality, operating conditions and fail safe modes of the highly sophisticated inverter/converter systems in these vehicles, along with difference between the systems that are integral to the root cause analysis undertaken by Toyota in connection with its development of related vehicle countermeasures.

13. The document that is Bates-numbered TOY-PRIUS-INVERTER-000035140 is a confidential internal summary of a meeting between Toyota and NHTSA regarding the functional requirements of the inverter systems in Toyota Highlander/Lexus RX and the Prius, and Toyota engineers' analysis of the meeting, questions posed by NHTSA, and Toyota's process and procedures to address such questions and further its root cause analysis of Prius inverter concerns.

14. The document that is Bates-numbered TOY-PRIUS-INVERTER-000022873 is a summary of the possible root cause of 2006 MY Toyota Highlander Inverter concerns. The document contains schematics and drawings of the Hybrid System in such Toyota Highlander vehicles, the inner structure of the inverter, and a depiction of the damaged power element. The document also identifies and details the possible root cause of the concern, and contains an analysis of Toyota's proprietary manufacturing process and inspection standards.

15. The document Bates-numbered TOY-PRIUS-INVERTER-000033863 is an internal confidential report of Toyota's root cause analysis of Prius inverter concerns and proposed countermeasure to address and resolve such concerns. This

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

6

TMS'S DECL. OF T. TRISDALE ISO APP. TO FILE UNDER SEAL RE MOTION FOR CLASS CERT.;
CASE NO. 8:18-CV-00201-JLS-KES

report contains detailed drawings and schematics of the hybrid inverter assembly and transistor boards. It also details Toyota's replication testing process for component part testing and evaluation, the analysis of such testing, and the results and conclusions Toyota reached to support Toyota's proposed countermeasure for resolution of the concern.

16. The document Bates-numbered TOY-PRIUS-INVERTER-000048508 is a confidential draft presentation with iterative notes and comments regarding the 2010-2014 Prius E0E recall. The document Bates-numbered TOY-PRIUS-INVERTER-000010115 is a different version if this same document. TOY-PRIUS-INVERTER-000109011 is an internal summation that was not intended for public display. These documents describe the detailed function of the inverter system, the boost module, the IGBT, the HV CPU and the MG ECU. They also contain an analysis of the root cause investigation and analysis of, and countermeasures developed by Toyota to address and resolve, inverter concerns, including the process by which Toyota identified applicable DTCs and system fail safes in connection with its root cause analysis. This information is highly confidential to Toyota because it reveals not only the operation and functionality of the inverter system in Prius vehicles, which is itself highly proprietary to Toyota as vehicle design and development information, but also details the methods, practices and procedures that Toyota follows to identify, analyze and resolve a product concern, conduct a root cause analysis, which are proprietary to Toyota.

17. The document Bates-numbered TOY-PRIUS-INVERTER-000109981 is a concatenated set of four documents including: (1) an internal summary of a meeting between the California Air Resources Board ("CARB") and Toyota Motor North America regarding Prius Inverter questions on March 12, 2018, which was prepared by TMNA for TMC and was stamped at the time of its creation as "Protected"; (2) a confidential presentation to the California Air Resources Board ("CARB") by Toyota Motor North America regarding Prius Inverter questions

posted by CARB and prepared for a presentation between Toyota and CARB on March 12, 2018; (3) analysis of a technical vehicle running change regarding Prius inverters provided to CARB, with supporting data, dated January 29 and March 25, 2014; and (4) an analysis of Prius warranty claims and failure rates.  The presentation, attachments and other documents in this dataset address the potential impact of inverter concerns identified in Toyota recall E0E on fuel economy, and contains a proprietary analysis of field reports, warranty claims and failure rates.  The information contained in this document is proprietary to Toyota because it reveals Toyota's highly confidential processes and procedures for identifying, investigating, analyzing and resolving product concerns, communicating with TMC, and addressing government questions related to fuel economy, including the factors that Toyota considers important when conducing a root cause investigation and developing countermeasures.

18. The documents Bates-numbered TOY-PRIUS-INVERTER-000133101, TOY-PRIUS-INVERTER-000013572 and TOY-PRIUS-INVERTER-000013670 relate to meetings between Toyota and CARB regarding Prius Inverter concerns.  The documents Bates-numbered TOY-PRIUS-INVERTER-000013572 and TOY-PRIUS-INVERTER-000013670 are two versions of a confidential update to Toyota's Prius Inverter recall prepared for CARB by Toyota Motor North America for a presentation between Toyota and CARB on November 14, 2018.  The document bates-numbered TOY-PRIUS-INVERTER-000013572 was stamped at the time of its creation as Highly Confidential, and was granted Confidential treatment by CARB pursuant to a request by Toyota.  The document that is Bates-numbered TOY-PRIUS-INVERTER-000013670 is stamped as a draft and contains iterative notes and comments.  Both versions of this presentation contain a detailed discussion of Toyota recalls E0E, F0R and J0V related to the inverter system in certain model years of the Prius and Prius v.  They contain detailed drawings and schematics of the hybrid inverter assembly, transistor boards and IGBT electrical

schematics, to assist CARB in understanding the functionality, operating conditions and fail-safe modes of the highly sophisticated inverter system in these vehicles. Drive and failsafe modes are described. Further, these documents identify the root cause of the inverter concern, how the concern was identified, analyzed and resolved through countermeasures, and contains revised schematics to support the countermeasure. In addition, the documents contain a proprietary analysis of field reports, warranty claims and failure rates. The document Bates-numbered TOY-PRIUS-INVERTER-000133101 is a confidential internal summary of the November 14, 2018 meeting between CARB and Toyota Motor North America regarding Prius Inverter Safety Recall J0V, which was prepared by TMNA for TMC and was stamped at the time of its creation as "Confidential," and reveals details of the presentation as discussed above. The information contained in these documents is proprietary to Toyota because it reveals Toyota's highly confidential processes and procedures for identifying, investigating, analyzing and resolving product concerns.

**Market Impact Summary**

19.     The documents Bates-numbered TOY-PRIUS-INVERTER-000048531, TOY-PRIUS-INVERTER-000089595 and TOY-PRIUS-INVERTER-000095662 relate to Market Impact Summaries ("MIS").

20.     The documents Bates-numbered TOY-PRIUS-INVERTER-000048531 and TOY-PRIUS-INVERTER-000095662 are a Market Impact Summary and communication regarding Market Impact Summaries prepared by TMS for TMC related to malfunction indictor lamp ("MIL") on condition in a 2010 Prius and other Prius hybrid vehicles. These Market Impact Summaries and communications contain analysis of the underlying vehicle concern describing possible root causes and countermeasures, as well as the impact of the countermeasure on the market, the number of affected units, the related cost, and the number of reported incidents, warranty repairs and Field Reports. This information is confidential to Toyota because it details the processes and procedures Toyota uses to launch a vehicle

investigation and the information that TMC requests from TMS to undertake such vehicle investigation, root cause analysis and countermeasure development.

21.  TOY-PRIUS-INVERTER-000089595 is a confidential excel spreadsheet containing Market Impact Summary information for the 2010-2013 Prius in the North American market related to inverter concerns.  The information is confidential because it reveals proprietary information to Toyota related to the E0E recall including the countermeasure, detectability, customer impact and the rate of occurrence.  This information is confidential to Toyota because it reveals Toyota's processes and procedures for monitoring and assessing vehicle countermeasures for field issues and corrective actions, which are confidential and proprietary to Toyota.

### Field Reports

22.  The documents that are Bates-numbered TOY-PRIUS-INVERTER-000026635, TOY-PRIUS-INVERTER-000026651, TOY-PRIUS-INVERTER-000080558, TOY-PRIUS-INVERTER-000091243, TOY-PRIUS-INVERTER-000098990, TOY-PRIUS-INVERTER-000099399, are confidential documents related to field reports of inverter concerns.

23.  The field reports identified in Bates-numbered TOY-PRIUS-INVERTER-000026635, TOY-PRIUS-INVERTER-000026651, TOY-PRIUS-INVERTER-000099399 reveal the information that Toyota asks its technicians to collect when evaluating a vehicle concern in the field, along with communications between Toyota and its engineers regarding the evaluation, analysis and correction of the concern.  The field reports and the communication identify and discuss Toyota engineering processes for identifying, documenting, evaluating, and analyzing customer concerns and field reports, which processes are confidential to TMS.  Bates-numbered TOY-PRIUS-INVERTER-000098990 also details the results of Toyota's investigation, including photographs identifying the specific features that the investigating engineer identified as important, as well as annotations to the photographs containing the engineer's conclusions regarding the potential root cause

of the concern.

24. These field reports and communication reveal the vehicle features and conditions that Toyota engineers were evaluating and considered to be important, which in turn disclose the engineers' decision making process, which is itself one of Toyota's most proprietary and important trade secrets. The information contained in this field report and cover communication is confidential to TMS because it reveals TMS's engineers thought processes when attempting to identify and analyze a vehicle concern in the field.

25. The document Bates-numbered TOY-PRIUS-INVERTER-000080558 is a confidential preliminary analysis of Field Reports identified by NHTSA and for which NHTSA requested information from Toyota. The document contains quotations from confidential Field Reports, a description of the analysis and investigation undertaken by Toyota for each Field Report, the results and conclusions of Toyota's investigation, and questions for resolution by TMC to enable Toyota to provide a response to NHTSA. This information is confidential because it identifies and reveals Toyota's proprietary methodologies for analyzing vehicle concerns and communicating with TMC regarding such root cause analysis and vehicle concern investigation.

26. TOY-PRIUS-INVERTER-000091243 is a confidential report regarding Field Reports related to the 2010-2013 Prius with a MIL on related to the inverter system. The report format is proprietary to Toyota and reveals the information Toyota considers to be important when analysis Field Report, warranty, customer claim and other data regarding potential vehicle concerns. Further, the data contained within the report is confidential to Toyota because it is engineer-selected information that reflects TMS's iterative thought process for development of the report and for communicating with and providing such information to TMC. This information is also confidential to Toyota because it reveals Toyota's confidential processes and procedures for reporting developing communications

regarding vehicle concerns.

<u>Warranty Data</u>

27. I am also advised that Plaintiffs submitted an expert report from Steven Boyles as Exhibit 1. On pages 8-9, the report refers to confidential warranty databases produced by Toyota in this case and provides calculations purportedly made using the databases. The report summarized confidential data from the databases in Schedule 1. The data compiled in the report and Schedule 1 is Toyota's confidential business information. The data includes Toyota's internal parts and labor costs, and the number of warranty or other repairs, all of which is proprietary to Toyota.

<u>Discovery Responses</u>

28. I am also advised that the following discovery requests or discovery responses are at issue in Plaintiffs' are at issue in Plaintiffs' Application to Seal:

1. Defendant TMC's Confidential Responses to No. 18 and Defendant TMS' Confidential Response to No. 3 of Plaintiff Laura Kakish's First Set of Interrogatories. The response to Interrogatory No. 3 describes an internal process used by TMS to analyze field data. The response to Interrogatory No. 18 provides confidential information regarding the software logic for the E0E, F0R, and J0V recalls, the details of which are proprietary to Toyota.

2. Defendant TMC's Confidential Supplemental Responses to No. 16 of Plaintiff Laura Kakish's First Set of Interrogatories. The supplemental response to Interrogatory No. 16 provides confidential information regarding the software logic for the E0E recall, the details of which are proprietary to Toyota.

3. Defendant TMC's Confidential Supplemental Responses to No. 1-3 of Plaintiff Khek Kuan's First Set of Interrogatories. The supplemental responses to Interrogatory Nos. 1 and 3 provide

confidential information regarding the software logic for the E0E and F0R recalls. The supplemental response to Interrogatory No. 2 provides internal calculations of repair rates which is proprietary to Toyota.

4. Defendant TMS' Corrected Confidential Supplemental Answers to Nos. 22-23 of Plaintiff Stephen Kosareff's First Set of Interrogatories. The corrected supplemental response to Interrogatory Nos. 22 and 23 provide internal calculations of repair rates and other confidential internal data regarding warranty repair costs and number of repairs.

29. I have reviewed each of these documents and am familiar with their content. Each of the above documents contain confidential and/or business proprietary information, which has not been disclosed to the public or unauthorized third parties.

**Competitive Harm**

30. If the documents and information contained therein were to be made public, it would cause significant and irreparable harm to TMS's competitive standing in the automotive industry. These documents contain information regarding vehicle and component design and development, root cause analysis and countermeasures, vehicle and technology analysis, and other confidential information and communications regarding warranty, failure rate and claim analysis, and government reporting. The information in these documents was created over time and at great expense to TMS. If this information were to be made public, competitors could, without expending their own effort, time and resources, use this information to assist in the development of their own products, including but not limited to, developing similar hybrid inverter technology without incurring the same costs at TMS. Disclosure of this information would be gravely injurious to TMS, which put considerable time and effort into inventing this new technology. If disclosed, this information would give competitors an unfair advantage and insight into Toyota's practices that could be used to Toyota's disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Dallas, Texas, on the 13th day of April, 2021.

_____
Thomas Trisdale