

FILED
DEC 10, 2021
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY   MKU
Deputy Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KATHLEEN RYAN-BLAUFUSS, CATHLEEN MILLS and KHEK KUAN, on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiffs<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., and DOES 1-10, inclusive<br><br>                                    Defendants<br><br>STEPHEN KOSAREFF and LAURA KAKISH, on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiffs<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES USA, INC., and DOES 1-10, inclusive,<br><br>                                    Defendants | Case No. 8:18-CV-00201-JLS-KES<br><br>**REQUEST FOR APPROVAL OF SETTLEMENT SPECIAL MASTER'S SUMMARY STATEMENT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2021** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR APPROVAL OF SETTLEMENT SPECIAL MASTER'S SUMMARY STATEMENT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2021

Settlement Special Master, Patrick A. Juneau, hereby seeks approval for payment of the Summary Statement (Invoice #35471) attached hereto as Exhibit 1.

Lafayette, Louisiana, this 10th day of December, 2021.

                                                                Respectfully submitted:

                                                                 /s/ Patrick A. Juneau
                                                                PATRICK A. JUNEAU, #07594
                                                                Settlement Special Master
                                                                Post Office Drawer 51268
                                                                Lafayette, LA 70505-1268
                                                                Telephone: (337) 269-0052
                                                                Facsimile: (337) 269-0061
                                                                Email:  paj@juneaudavid.com

**JUNEAU DAVID**
Post Office Drawer 51268
Lafayette, LA 70505-1268
Tax ID 72-1250097
Invoice No. 35471

December 10, 2021

| | |
|---|---|
| Jeffrey L. Fazio | John Hooper |
| jlf@fazmiclaw.com | jhooper@kslaw.com |
| Fazio Micheletti, LLP | King & Spalding, LLP |
| 1111 Broadway, Suite 400 | 1185 Avenue of the Americas, 34th Floor |
| Oakland, CA 94607 | New York, NY 10036 |

Amnon Z. Siegel
asiegel@millerbarondess.com
Miller Barondess, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067

## SUMMARY STATEMENT

      Services rendered through November 30, 2021 in connection with email communications and telephone conferences with counsel regarding settlement, catalyst findings, preparing and finalizing settlement documents, hearing on preliminary approval, and communications with the Court regarding status and hearing on preliminary approval:

Services

      Juneau, Patrick A.      12.30 hrs. @ $750.00/hr.      $9,225.00

Expenses      $ 51.30

      **TOTAL**      **$9,276.30**

One-half to be paid by Plaintiffs: $4,638.15
One-half to be paid by Defendants: $4,638.15

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*************************************************************************

| | |
|---|---|
| KATHLEEN RYAN-BLAUFUSS, CATHLEEN MILLS and KHEK KUAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., and DOES 1-10, inclusive<br><br>　　　　　　　　　　　Defendants<br><br>STEPHEN KOSAREFF and LAURA KAKISH, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES USA, INC., and DOES 1-10, inclusive,<br><br>　　　　　　　　　　　Defendants | Case No. 8:18-CV-00201-JLS-KES<br><br>**ORDER APPROVING SETTLEMENT SPECIAL MASTER'S SUMMARY STATEMENT FOR SERVICES RENDERED THROUGH NOVEMBER 30, 2021** |

*************************************************************************

## ORDER

　　　IT IS HEREBY ORDERED that the Settlement Special Master's Summary Statement (Invoice #35471) for services rendered through November 30, 2021 in the amount of $9,276.30 is approved for disbursement.

　　　IT IS FURTHER ORDERED that Plaintiffs shall pay one-half in the amount of $4,638.15 and Defendants shall pay one-half in the amount of $4,638.15 within thirty (30) days of receipt.

　　　IT IS FURTHER ORDERED that any objection to the Summary Statement not made within fifteen (15) days of receipt shall be deemed waived.

**DATED:** _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**HON. JOSEPHINE L. STATON**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**