## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  8:18-cv-00201-JLS-KES                          Date:  November 2, 2022

Title:  Remy McCarthy et al v. Toyota Motor Corporation

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                           Not Present

**PROCEEDINGS:**   **(IN CHAMBERS)  ORDER TO SHOW CAUSE RE REGISTRATION AND REIMBURSEMENT CLAIM FORM RECEIVED BY THE COURT**

      The Court is in receipt of a prospective class member's Registration and Reimbursement Claim Form, a redacted version of which is attached as Exhibit A to this Order.  The Court has reviewed the Form, and the address to which prospective class members should direct such forms does not appear anywhere thereon.  It is unclear to the Court (1) where the Form is from; (2) why the Form, if it is to be mailed to the Claims Administrator, does not supply a mailing address; and (3) whether other prospective class members will be similarly confused and send Claims Forms to the Court.  The parties are ORDERED to file a response addressing the Court's concerns within **five days** of the issuance of this Order.

                                                                      Initials of Preparer:  vrv

# EXHIBIT A

Class Member ID:

**Remy McCarthy, et al., v. Toyota Motor Corp., et al.**

**U.S. District Court for the Central District of California**

Case No. 8:18-cv-00201-JLS-KES

**REGISTRATION AND REIMBURSEMENT CLAIM FORM**

*Please Note: All dates are subject to change*

**I. DATES AND DEFINITIONS***

**SUBMISSION DEADLINE:** May 12, 2023*

**FINAL EFFECTIVE DATE:** February 12, 2023*

**YOU ARE A CLASS MEMBER IF** you have **not** opted out of the Settlement and (a) as of **May 19, 2022**, you own or lease a 2010 to 2015 model year Prius vehicle and/or a 2012 to 2017 model year Prius V vehicle that was the subject of Safety Recalls E0E, F0R, J0V, and/ or 20TA10 (called "Subject Vehicle" below), or (b) **at any time before May 19, 2022**, you owned or leased a Subject Vehicle, even if you no longer have that vehicle.

**II. BENEFITS:**

A. Reimbursement for one or more the following expenses if you incurred them in your Subject Vehicle **before** the Final Effective Date and they were not previously reimbursed by Toyota:
   i. The cost to repair or replace an IPM or Inverter in your Subject Vehicle
   ii. Rental car expenses incurred in connection with the repair or replacement of an IPM or an Inverter in your Subject Vehicle; and/or
   iii. Towing charges incurred in connection with the repair or replacement of an IPM or an Inverter in your Subject Vehicle.

   **AND/OR**

B. A Redistribution Check: If you had an IPM or Inverter in your Subject Vehicle repaired or replaced (regardless of whether Toyota covered the repair or replacement under warranty), and you have NOT been notified that you are automatically registered to receive a Redistribution Check, you must submit this form to be eligible to potentially receive up to $250 from the Settlement Fund in the event sufficient funds are available after all out-of-pocket expenses listed above have been paid.

**Note:** If you are a Class Member, you must fill out and submit this form -- postmarked on or before May 12, 2023* -- to be eligible for one or both of the benefits listed above, unless you have received a postcard indicating that you have automatically been registered to receive a Redistribution Check.

If you have received a postcard indicating that you have automatically been registered to receive a Redistribution Check, you do not need to fill out and submit this form to register for a Redistribution Check, but you must fill out and submit this form -- postmarked on or before May 12, 2023*-- if you wish to be reimbursed for any eligible out-of-pocket expenses you may have incurred.


45608


CF


Page 1 of 6

Class Member ID:

To determine whether you are a Class Member, or for more information regarding this settlement, please visit www.toyotapriusinvertersettlement.com. If you still have questions regarding the claims process, please call 1-833-942-3997.

### III. PRELIMINARY ELIGIBILITY QUESTIONS:

1. **Did you have the Inverter and/or IPM replaced in your Subject Vehicle prior to February 12, 2023*?**

    ○ No – If "No" is selected, you are not eligible to submit a claim.

    ○ Yes – If "Yes" is selected, please answer Question 2, below.

2. **Did you incur one or more of the out-of-pocket expenses listed in Section II.A, above, prior to February 12, 2023*, in connection with the repair and/or replacement of the Inverter and/or IPM in your Subject Vehicle that have not been reimbursed by Toyota?**

    ⦿ No – If "No" is selected, you must fill in Section V. 1 AND sign and date the attestation in Section V.3, below, to register for a Redistribution Check, if available.

    ○ Yes – If "Yes" is selected, you must fill in Section V.1 and Section V.2 AND sign and date the attestation in Section V.3, below, to claim reimbursement for eligible out-of-pocket expenses and register for a Redistribution Check, if available.

### IV. INSTRUCTIONS FOR COMPLETING THIS REGISTRATION AND REIMBURSEMENT CLAIM FORM

1. Capitalized terms in this Registration and Reimbursement Claim Form have the same meaning as provided in the Settlement Agreement, which is available in the "Documents" section on the right-hand side of the home page at www.toyotapriusinvertersettlement.com.
2. You are encouraged to use the online Registration and Reimbursement Claim Form option, which should facilitate the claims process.
3. If you choose not to use the online Registration and Reimbursement Claim Form option, do not send original documents. **Original documents will not be returned;** please send copies only, and make sure to include all relevant pages.
4. Completely fill out this Registration and Reimbursement Claim Form and check all information to ensure it is correct.
5. Keep copies of this completed Registration and Reimbursement Claim Form and any Supporting Documentations.
6. You must submit your completed Registration and Reimbursement Claim Form no later than three months following the Final Effective Date. Current submission deadline is May 12, 2023.* **This date is subject to change.** Please check www.toyotapriusinvertersettlement.com, which will be periodically updated with current information.
7. You are responsible for ensuring this Registration and Reimbursement Claim Form is postmarked on or before the submission deadline. Toyota, Class Counsel, the Settlement Claims Administrators, and/or the Settlement Notice Administrator are not responsible for any misdelivered, lost, illegible, damaged, destroyed, or otherwise not received mail.


45608


CF


Page 2 of 6

Class Member ID: ███████

8. If you are submitting a claim for reimbursement of one or more out-of-pocket expense(s) listed in Section II.A., above, for more than three Subject Vehicles, you must attach a list of additional Subject Vehicles. **NOTE: Each Class Member is eligible for just one Redistribution Check, regardless of how many Subject Vehicles they own or lease.**
9. If your Claim is deemed deficient, you will be notified and you will be given an opportunity to cure any defect(s) that can be cured.
10. If you fail to fill out and submit this Registration and Reimbursement Claim Form with a postmark that is on or before the submission deadline, your claim will be denied for being untimely. A late claim is an example of a deficiency that cannot be cured.

**NOTE: If your claim is denied you will not receive a cash payment. The Settlement Notice Administrator and the Settlement Claims Administrators have the right to audit and verify all claims, and to request additional information as part of the audit and verification process.**

### V. CLAIMANT INFORMATION AND ATTESTATION:

**Section V.1: Class Member and Subject Vehicle information**

_Maynard_  ███████████  ███████████
First Name　　　　　　　　　M.I　　　　Last Name

███████████████████████
Street Address

███████████████████████　　　/CA/　　████
City　　　　　　　　　　　　State　　Zip Code

_____@_____
Email Address

███████████████  ___ (If an email is provided, telephone number is optional)
Phone Number

 

**Vehicles:**

**NOTE:** If you do not know your Subject Vehicle's Vehicle Identification Number ("VIN"), you may be able to find it from third parties, including the Toyota Dealer from whom you purchased your Subject Vehicle, the DMV, your insurance agent, and/or your auto repair shop.

1. Model: _____ Model Year: ___ ___ ___ ___

   VIN: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

2. Model: _____ Model Year: ___ ___ ___ ___

   VIN: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

3. Model: _____ Model Year: ___ ___ ___ ___

   VIN: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

*If you are seeking reimbursement of eligible out-of-pocket expenses for more than three vehicles, please attach a separate document listing each additional model, model year, and VIN.*

**Section V.2: Claim information**

**For each vehicle listed above:** (i) identify the eligible out-of-pocket expenses you incurred related to the repair and/or replacement of your Subject Vehicle's Inverter and/or IPM that have not been fully reimbursed by Toyota, and (ii) attach all Supporting Documentation.

The categories of Supporting Documentation identified in the bullet points below are examples of acceptable documentation for each type of eligible out-of-pocket expense. You may have other documents that satisfy this requirement.

**If you are seeking Reimbursement for out-of-pocket expenses, you must include Supporting Documentation with this Registration and Reimbursement Claim Form.**





Class Member ID: ███████

| *Fill in the dollar amounts **and attach Supporting Documentation** for each out-of-pocket expense that applies.* | |
|---|---|
| **Rental car expenses** incurred prior to the Final Effective Date in connection with the repair or replacement of the Inverter and/or IPM in your Subject Vehicle, which have not been fully reimbursed by Toyota.<br><br>Supporting Documentation can include, for example:<br>• Receipt(s) from a rental car company dated at the time of the repair or replacement of an Inverter and/or IPM.<br>• Credit card payment to a rental car company dated at the time of the repair or replacement of an Inverter and/or IPM.<br>• Invoice or service record showing the date and location of the repair or replacement of the Inverter and/or IPM.<br>• Notarized, sworn statement outlining your expenses, including the date the expense was incurred, what the expense was for, to whom the expense was paid, the reason why you do not have any Supporting Documentation, and the name and address of the Toyota Dealer or third-party service provider where your Subject Vehicle had its IPM and/or Inverter repaired and/or replaced (if applicable). **Use the notary form for this purpose**, which is available on the "Documents" Section on the right-hand side of the home page at www.toyotapriusinvertersettlement.com, only if you do <u>not</u> have other Supporting Documentation. **Please note that all claims not supported by a receipt or other proof that an IPM/Inverter was repaired or replaced may be subject to additional and enhanced scrutiny for purposes of verification.** | $ |
| **Towing charges** incurred prior to the Final Effective Date in connection with the repair or replacement of the Inverter and/or IPM in your Subject Vehicle, which have not been fully reimbursed by Toyota.<br><br>Supporting Documentation can include, for example:<br>• Receipt(s) from a towing company dated at the time of the repair or replacement of an Inverter and/or IPM.<br>• Credit card payment to a towing company dated at the time of the repair or replacement of an Inverter and/or IPM.<br>• Invoice or service record showing the date and location of the repair or replacement of the Inverter and/or IPM.<br>• Notarized, sworn statement outlining your expenses, including the date the expense was incurred, what the expense was for, to whom the expense was paid, the reason why you do not have any Supporting Documentation, and the name and address of the Toyota Dealer or third-party service provider where your Subject Vehicle was towed and had its IPM and/or Inverter repaired and/or replaced (if applicable). **Use the notary form for this purpose**, which is available on the "Documents" Section on the right-hand side of the home page at www.toyotapriusinvertersettlement.com, only if you do <u>not</u> have other Supporting Documentation. **Please note that all claims not supported by a receipt or other proof that an IPM/Inverter was repaired or replaced may be subject to additional and enhanced scrutiny for purposes of verification.** | $ |

Class Member ID: ███████

| | |
|---|---|
| The cost to repair or replace the Inverter and/or IPM in your Subject Vehicle prior to the Final Effective Date. | $ |
| Supporting Documentation can include, for example:<br>• Receipt(s) showing the date and location of the repair or replacement of the Inverter and/or IPM.<br>• Invoice or service record showing the date and location of the repair or replacement of the Inverter and/or IPM.<br>• Notarized, sworn statement outlining your expenses, including the date the expense was incurred, what the expense was for, to whom the expense was paid (including the Toyota Dealer's or third-party service provider's name and address, if applicable), and the reason why you do not have any Supporting Documentation. **Use the notary form for this purpose**, which is available on the "Documents" Section on the right-hand side of the home page at www.toyotapriusinvertersettlement.com, only if you do not have other Supporting Documentation. **Please note that all claims not supported by a receipt or other proof that an IPM/Inverter was repaired or replaced may be subject to additional and enhanced scrutiny for purposes of verification.** | |

Attach additional pages if necessary; submit Supporting Documentation for each eligible out-of-pocket expense for which you seek Reimbursement.

**Section V.3: Attestation for Reimbursement of out-of-pocket expenses and/or registration for Redistribution Check**

If you are submitting a claim for Reimbursement of eligible out-of-pocket expenses, by signing this form, you affirm that you **HAVE NOT** already been reimbursed by Toyota for those out-of-pocket expenses for which you are seeking Reimbursement under this Settlement. If you were partially reimbursed for certain expenses, you may only claim Reimbursement for the portion of those eligible out-of-pocket expenses for which you were **not** reimbursed. You also affirm that you are authorized to submit this claim, and that you have not given to another person or company any rights you have to submit this claim.

I affirm under the laws of the United States of America, that the information in this Registration and Reimbursement Claim Form is true and correct to the best of my knowledge, information, and belief. I understand that my Registration and Reimbursement Claim Form may be subject to audit, verification and review by the Settlement Notice Administrator, the Settlement Claims Administrators, and the Court.

Signature: ███████  Date: 9 / 08 / 20 22

Claimants are encouraged to use the online Registration and Reimbursement Claim Form. Toyota, Class Counsel, the Settlement Claims Administrators, and/or the Settlement Notice Administrator are not responsible for any misdelivered, lost, illegible, damaged, destroyed, or otherwise not received mail.

Registration and Reimbursement Claim Forms will be processed and approved in accordance with the terms of the Settlement Agreement. Please check www.toyotapriusinvertersettlement.com for updates.



Remy McCartney
Toyota Motor Corp.
First St US Courthouse
350 W 1st St.
Suite 3u
Los Angeles, CA
90012-4565