JOHN P. HOOPER *(pro hac vice)*
*jhooper@kslaw.com*
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036
Telephone:  +1 212-556-2100
Facsimile:   +1 212-556-2222

(additional attorneys listed below)

Attorneys for Defendants
TOYOTA MOTOR CORPORATION and
TOYOTA MOTOR SALES, U.S.A., INC.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN RYAN-BLAUFUSS, CATHLEEN MILLS and KHEK KUAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., and DOE DEFENDANTS 1-10,<br><br>        Defendants. | **Case No: 8:18-CV-00201-JLS-KES**<br><br>**DEFENDANTS' LETTER REQUEST FOR VIRTUAL APPEARANCE AT FAIRNESS HEARING**<br><br>Date:  January 13, 2023<br>Time: 10:30 am<br>Place: Courtroom 10A<br>Hon. Josephine L. Staton |

# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel:  +1 212 556 2100
Fax:  +1 212 556 2222
www.kslaw.com

John P. Hooper
Partner
Direct Dial:  +1 212 556 2220
Direct Fax:  +1 212 556 2222
jhooper@kslaw.com

January 9, 2023

**VIA ECF**

The Honorable Josephine L. Staton
United States District Judge
United States District Court for the Central District of California
First Street U.S. Courthouse
350 West 1st St.
Courtroom 8A, 8th Floor
Los Angeles, CA 90012

> **Re: McCarthy et al v. Toyota Motor Corp. et al, Case No. 8:18-cv-00201-JLS-KES (C.D. Cal.) – Good Cause Request for Participation by Telephone or Video Conference**

Dear Judge Staton:

I represent Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation (collectively, "Toyota") in the above-referenced Action and, pursuant to Your Honor's Procedures,[1] I am writing to respectfully request, for good cause shown, I be able to participate in the upcoming Fairness Hearing scheduled for this Friday, January 13, 2022, either telephonically or by video conference. Plaintiffs' counsel does not object to this request.

My family and I have tested positive for COVID-19.  I received a positive test result for COVID-19 last night.  I am therefore unable to fly to Los Angeles and attend the Fairness Hearing as it would violate the Centers for Disease Control and Prevention's continuing guidelines.

As Toyota's lead counsel handling this Settlement, I have been actively negotiating this case with Class Counsel for over two years.  I have attended every negotiation meeting, was personally involved in the negotiation of all of the principal terms of the Settlement Agreement,

---

[1] *See* https://www.cacd.uscourts.gov/honorable-josephine-l-staton (last accessed: Jan. 8, 2023).

The Honorable Josephine L. Staton
January 9, 2023
Page 2

appeared at the Preliminary Approval Hearing on behalf of Toyota, and was involved in the preparation of all of Toyota's documents filed in support of this Settlement.

I have represented Toyota for over ten years, which has included the resolution of a number of class actions, including settlements in the Central District of California, *i.e.*, *In re: Toyota Motor Corp. Unintended Acceleration MDL*, Case 8:10-ML-02151 before Judge James V. Selna and *Warner v. Toyota Motor Sales, U.S.A., Inc.*, Case No. CV 15-2171 FMO before Judge Fernando M. Olguin.

Should the Court have any questions with respect to the negotiations between the Parties, the Notice Plan, the attorneys' fees mediation with the Settlement Special Master, the relief provided by Toyota as part of the Settlement, and/or the Settlement's terms generally, I would be able to provide the Court responses on Toyota's behalf. As such, I believe there is good cause for this request to appear virtually at the Fairness Hearing, either by video or tele-conference.

While I have COVID-19 symptoms, the current course appears to be milder than the first time I had COVID-19 in 2021, and I am optimistic I will be able to fully participate in the hearing if permitted to attend telephonically or by video conference.  Please let me know if you need any further information from me.  Thank you for the Court's consideration of my request.

Respectfully submitted,

John P. Hooper

cc:  All counsel listed on CM/ECF
     Settlement Special Master Patrick A. Juneau (by email)